1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11  ERIC LEE, on behalf of
    himself and all others
12  similarly situated,
                                              NO. CIV. S-05-2272 LKK/DAD
13
              Plaintiff,
14
         v.                                   O R D E R
15
    BEN BRIDGE JEWELER, INC.,
16
              Defendant.
17  _____/

18       This matter is before the court on the request of defendant,

19  Ben Bridge Jeweler, Inc., ("defendant") for reconsideration and

20  its second notice of removal.  In an order issued on November 17,

21  2005, the court remanded the case to state court for lack of

22  subject matter jurisdiction.  See 28 U.S.C. § 1447(c).

23  Specifically, defendant failed to establish that the amount in

24  controversy exceeded $75,000, and thus, there was no diversity

25  jurisdiction.  Id.  Defendant now requests that the court

26  reconsider its order remanding the case to state court.

                                   1

1    The court cannot reconsider its order to remand.  Pursuant to

2  28 U.S.C. § 1447(c), a district court must remand a case to state

3  court when it determines the case was improvidently removed.

4  Remand orders based on section 1447(c) are unreviewable on "appeal

5  or otherwise." 28 U.S.C. § 1447(d).  "This language has been

6  universally construed to preclude not only appellate review but

7  also reconsideration by the district court." <u>Seedman v. U.S. Dist.</u>

8  <u>Court for Cent. Dist. of California</u>,  837 F.2d 413, 414 (9th Cir.

9  1988).  Moreover, "[o]nce a district court certifies a remand order

10  to state court it is divested of jurisdiction and can take no

11  further action on the case." <u>Id</u>.  For this reason, the request for

12  reconsideration is DENIED.  The Clerk is directed to serve a copy

13  of this order on the Superior Court of the State of California in

14  and for the County of Sacramento.

15    IT IS SO ORDERED.

16    DATED:  December 19, 2005

17                                /s/Lawrence K. Karlton
                                  LAWRENCE K. KARLTON
18                                SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT

19

20

21

22

23

24

25

26

2